# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barash, Martin R. | Bankruptcy Court, Central District of California | 8/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

21041 Burbank Boulevard
Woodland Hills, CA 91367

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute |
| 2. | Director | Los Angeles Bankruptcy Forum |
| 3. | Governor | Financial Lawyers Conference |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 8/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | University of California, Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Financial Lawyers Conference | 3/29/19-3/31/19 | Santa Barbara, CA | Educational seminar | Lodging, food, seminar registration |
| 2. | American Bankruptcy Institute | 4/10/19-4/14/19 | Washington, DC | Educational seminar/board of directors meeting | Transport, lodging, food, seminar registration |
| 3. | California Bankruptcy Forum | 5/16/19-5/19/19 | Rancho Mirage, CA | Educational seminar | Lodging, food, seminar registration |
| 4. | American Bankruptcy Institute | 9/5/2019-9/7/2019 | Las Vegas, NV | Educational seminar | Transport, lodging, food, seminar registration |
| 5. | National Conference of Bankruptcy Judges | 10/29/2019-11/1/2019 | Washington, DC | Educational seminar, professional association meeting | Transport, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barash, Martin R.** | 8/13/2020 |

| | | | | |
|---|---|---|---|---|
| 6. American Bankruptcy Institute | 12/5/19-12/7/19 | Palos Verdes, CA | Educational seminar/board of directors meeting | Lodging, food, seminar registration |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 8/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank N.A. | Mastercard/Visa | K |
| 2. Chase Bank | Visa | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. 401(k) Retirement Plan | | | | | | | | | |
| 2. --Putman Stable Value Fund | A | Dividend | J | T | | | | | |
| 3. --Virtus Kar Small Cap Value Fund | B | Dividend | M | T | | | | | |
| 4. --Oppenheimer Developing Markets Y Fund | C | Dividend | M | T | | | | | |
| 5. --Vanguard Inflation Protected Securities Investment Fund | B | Dividend | L | T | | | | | |
| 6. --Putnam Dynamic Asset Allocation Balanced A Fund | D | Dividend | N | T | | | | | |
| 7. --Vanguard Target Retirement 2030 | C | Dividend | M | T | | | | | |
| 8. 401(k) Rollover/IRA | | | | | | | | | |
| 9. --Vanguard 500 Index Inv. Fund | C | Dividend | M | T | | | | | |
| 10. --Vanguard US Growth Inv Fund | C | Dividend | M | T | | | | | |
| 11. 403(b) Plan | | | | | | | | | |
| 12. --UC Dom EQ Index Fund | | None | L | T | | | | | |
| 13. --UC Intl EQ Index Fund | | None | J | T | | | | | |
| 14. --University of California Bond Fund | | None | J | T | | | | | |
| 15. --University of California Savings Fund | A | Dividend | J | T | | | | | |
| 16. Retirement Plan | | | | | | | | | |
| 17. --Dodge & Cox Stock Fund A | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --Prudential Core Plus Bond Fund Unit Class 6 | | None | K | T | | | | | |
| 19. --Fidelity 500 Index | A | Dividend | K | T | | | | | |
| 20. Retirement Plan #2 | | | | | | | | | |
| 21. --UC Dom EQ Index Fund | | None | J | T | | | | | |
| 22. --UC Intl EQ Index Fund | | None | J | T | | | | | |
| 23. --University of California Savings Fund | A | Dividend | J | T | | | | | |
| 24. 529 Plan #1 | | | | | | | | | |
| 25. --Scholarshare Passive Age-Based Portfolio 16 | | None | | | Closed | 06/20/19 | N | | Fund Exchange - See Note B |
| 26. ---Scholarshare Passive Age-Based Portfolio 17 | | None | N | T | Open | 06/20/19 | N | | Fund Exchange - See Note B |
| 27. 529 Plan #2 | | | | | | | | | |
| 28. --Scholarshare Passive Age-Based Portfolio 13-14 | | None | | | Closed | 06/20/19 | M | | Fund Exchange - See Note C |
| 29. --Scholarshare Passive Age-Based Portfolio 15 | | | M | T | Open | 06/20/19 | M | | Fund Exchange - See Note C |
| 30. 529 Plan #3 | | | | | | | | | |
| 31. --Scholarshare Passive Age-Based Portfolio 11-12 | | None | L | T | | | | | |
| 32. Other Investments | | | | | | | | | |
| 33. --AT&T | A | Dividend | J | T | | | | | |
| 34. --Comcast | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  --Walt Disney Corporation | A | Dividend | J | T | | | | | |
| 36.  --RP Northport, LLC | | None | J | W | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barash, Martin R.** | 8/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes to Part VII:

[A}  The value of the mutual funds in all retirement and educational savings accounts shown at the end of the reporting period reflects: (i) the reinvestment of interest and other distributions made by those mutual funds, less deducted costs and fees, and (ii) any additional contributions made to those retirement and educational savings accounts over the course of the year (including any gain or loss on those additional contributions).

[B] On June 20, 2019, this 529 Plan replaced the shares in Scholarshare Passive Age-Based Portfolio 16 with shares of an equivalent value in Scholarshare Passive Age-Based Portfolio 17.

[C] On June 20, 2019, this  529 Plan replaced the shares in Scholarshare Passive Age-Based Portfolio 13-14 with shares of an equivalent value in Scholarshare Passive Age-Based Portfolio 15.

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 8/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Martin R. Barash**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544